The court coming now to consider its order of June 27, 1990, suspending respondent, James C. Dodge, from the practice of law in Ohio for a period of two years pursuant to Gov.Bar R. V(7)(c) (now Section 6[B][3]), finds that respondent has substantially complied with this order, and with the provisions of Gov.Bar R. V(10)(A) (formerly Section 24). Therefore,

IT IS ORDERED by the court that James C. Dodge be, and hereby is, reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

For earlier case, see *Disciplinary Counsel v. Dodge* (1990), 52 Ohio St.3d 132, 556 N.E.2d 1147.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF IAFELICE.

[Cite as *In re Resignation of Iafelice* (1992), 64 Ohio St.3d 1213.]

(No. 92–1363—Submitted July 29, 1992—Decided July 30, 1992.)

The resignation of Robert J. Iafelice as an attorney, Registration No. 0042441, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.